# United States Court of Appeals for the Fifth Circuit

———————

No. 22-10651
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

January 25, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANGEL NICOLE GONZALES,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:21-CR-72-7

———————————————————————

Before JONES, HAYNES, and OLDHAM, *Circuit Judges.*

PER CURIAM:[*]

The attorney appointed to represent Angel Nicole Gonzales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzales has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

However, there is a clerical error in the written judgment. The judgment refers to the offense of conviction as "possession with intent to distribute 50 grams or more of methamphetamine," but the record reflects that Gonzales pleaded guilty to possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine. *See* 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii). Accordingly, we REMAND for the limited purpose of correcting the clerical error in the written judgment. *See* FED. R. CRIM. P. 36.